JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ARVON J. PERTEET (CSBN 242828)
Special Assistant United States Attorney

    450 Golden Gate Avenue, 11$^h$ Floor
    San Francisco, CA 94102
    Telephone: 415.436.6598
    Facsimile:  415.436.7234
    Email: arvon.peteet@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CV 09-5588 SBA |
|                   Plaintiff, ) | |
|          v. ) | CONSENT ORDER OF SETTLEMENT |
| APPROXIMATELY $351,192.00 IN ) UNITED STATES CURRENCY, ) | |
|                   Defendant. ) | |

## **CONSENT ORDER OF SETTLEMENT AND FORFEITURE**

WHEREAS, on September 28, 2009, the United States filed a complaint for forfeiture of certain currency seized as a result of the investigation conducted by the Oakland Police Department and a seizure federally adopted by the Federal Bureau of Investigation;

WHEREAS, notice of this action has been given by publication[1] and the only claim submitted with respect to the defendant currency is that of SONJA JOHNSON and ROY JOHNSON, submitted via this consent order of settlement;

WHEREAS, the parties agree that the defendant currency $351,192.00 constitutes the $70,000.00 in United States currency seized from the ROY JOHNSON's person and

---

[1] No other party has filed a claim to date for the defendant currency. The deadline for all parties to submit a claim for the defendant currency expires on February 1, 2010.

$281,192.00 in United States currency seized from SONJA JOHNSON's and ROY JOHNSON's residence located at 3020 Broadmoor View in Oakland, California, on June 24, 2009.

WHEREAS, pursuant to the settlement negotiations between the parties, SONJA JOHNSON and ROY JOHNSON agree to withdraw their claim with respect to $351,192.00 of the seized currency in any administrative or judicial forfeiture proceeding;

WHEREAS, SONJA JOHNSON and ROY JOHNSON are the sole owners of the defendant currency and waive all rights, title and interest to any claims (administrative and judicial, state and federal) to the defendant currency;

AND WHEREAS, it appearing to the court from the endorsement of the parties that the parties have agreed to a resolution of this matter with respect to the defendant currency, and deeming it proper so to do;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. Notice of this action having been given by publication[2] and there being only the claim filed by SONJA JOHNSON and ROY JOHNSON, the default of all persons or entities other than SONJA JOHNSON and ROY JOHNSON is entered.

2. A portion of the defendant currency, to wit $351,192.00 is forfeited to the United States pursuant to 21 U.S.C. § 881(9)(6), free from the claims of any other party.

3. The United States shall dispose of the forfeited currency in accordance with the law.

4. SONJA JOHNSON and ROY JOHNSON releases the United States of America and all of its respective agencies, officers, agents, and employees from any claims or actions, including that for attorney fees or costS or interest, concerning the seizure and custody of the defendant currency.

5. The United States releases SONJA JOHNSON and ROY JOHNSON from any claims or actions, including that for attorney fees or costs or interest, concerning the seizure and custody of the defendant currency.

---

[2] No other party has filed a claim to date for the defendant currency. The deadline for all parties to submit a claim for the defendant currency expires on February 1, 2010.

6. The parties to this action shall execute any documents necessary or proper to effectuate the terms of this Order.

1/25/10          _Saundra B Armstrong_

Date          SAUNDRA BROWN ARMSTRONG

UNITED STATES DISTRICT JUDGE

WE ASK FOR THIS:

_/S/ Arvon J. Perteet_

Arvon J. Perteet

Special Assistant United States Attorney

_/S/ Colin Cooper_

Colin Cooper

Counsel for Claimants, SONJA Johnson and Roy Johnson

_/S/ Sonja Johnson_

SONJA JOHNSON

Claimant

_/S/ Roy Johnson_

ROY JOHNSON

Claimant

Consent Order of Settlement and Forfeiture
No. CV 09- 5588 SBA        3